IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS SHELLEY,

              Petitioner,                      ORDER

      v.                                    08-cv-647-bbc

MICHAEL J. LECHLEITNER, RANDELL
HOENISCH, GARY A. SCHNECK,
DETECTIVE MILHAUSEN, GRAUDEN,
CHAD BILLEB, TROY PAULS, JENNY
HOLZ, CAPTAIN SLEETER, VERCIMACK,
OFFICER GOFF, DEPUTY SCHEFFLER,
ANDY BUSS, MICHAEL WILLIAMS,
UNKNOWN REGION SIX AGENT(S),
CHRISTOPHER L. WITHERS and his AGENT,
and his AGENT'S SUPERVISOR, COUNTY OF
MARATHON, LANCE LEONHARD, ROBERT
DICKMAN and JOHN WALLACE,

              Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On December 16, 2008, I denied petitioner's request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and gave him until January 6, 2009 in which to prepay the filing fee. On the same day, plaintiff submitted a letter asking that all documents filed in his case be sent electronically to his parents' e-mail address. This request will be

1

denied.

It is this court's policy to communicate only with the parties to a lawsuit or with a party's lawyer, if the party is represented by counsel. Petitioner's parents are not parties to this lawsuit or serving as counsel for any party. Therefore, the court cannot arrange to send them documents electronically. If petitioner wants his parents to be kept informed about the filings in his case, he is free to send them copies of the documents he receives.

ORDER

IT IS ORDERED that petitioner's request that his parents be sent electronic copies of documents filed in this case, dkt. # 11, is DENIED.

Entered this 18th day of December, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2