IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS W. SHELLEY,

    Plaintiff,

v.

MICHAEL J. LECHLEITNER,
GARY A. SCHNECK, CHAD BILLEB,
TROY PAULS, JENNY HOLZ
and JOHN DOES,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-647-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case without prejudice for plaintiff's failure to prosecute.

_____      6/8/11
Peter Oppeneer, Clerk of Court         Date